■ In the Matter of EPAR REALTY CORPORATION, Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent.— In a proceeding to review a determination of the State Rent Administrator, the appeal is from an order denying the petition and dismissing the proceeding. The determination sought to be reviewed denied an application to decontrol two new dwelling units which were created by the conversion of a single larger unit. The Administrator held that one of the new units was decontrolled but that the other might not be decontrolled so long as it is occupied by a person who was found to be a tenant in possession at the time of the conversion (State Residential Rent Law, § 2, subd. 2, par. [g]; L. 1946, ch. 274, as amd.). Order affirmed, without costs. No opinion. Ughetta, Hallinan and Kleinfeld, JJ., concur; Wenzel, Acting P. J., and Murphy, J., dissent and vote to reverse the order appealed from, to annul the determination, and to remit the proceeding to the respondent for the issuance of an order of decontrol.

■ In the Matter of the Probate of the Will of EDWARD HINDERSON, Deceased. MARY L. KANE, Respondent; ANNA J. HINDERSON, Appellant.— In a proceeding to vacate a decree of the Surrogate's Court, Westchester County, admitting to probate a paper dated September 22, 1954, as the last will and testament of Edward Hinderson, deceased, and to permit respondent, a legatee named in an earlier will, to intervene and to file objections to probate, the executrix, named in the paper dated September 22, 1954, appeals from a decree granting the application. Decree affirmed, with $10 costs and disbursements to all parties filing briefs, payable out of the estate. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ., concur.

■ NATIONAL CITY BANK OF NEW YORK, Appellant, v. SAMUEL E. GIUDICI, Respondent.— Appeal from an order denying a motion, pursuant to section 794 of the Civil Practice Act, to direct a third party to pay over to the judgment creditor certain moneys alleged to be due and hereafter to become due from the judgment debtor, and for other relief. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.